UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

OMAR SHERIEFF CASH,

    Plaintiff,

    v.

THOMAS DOHMAN; JEFFREY BENDER;
BRIAN MOYER; PATRICK FINA; and
ISAIAH HALL,

    Defendants.

No. 2:12-cv-05268

# O R D E R

**AND NOW** this 29th day of March, 2018, upon consideration of Defendants' Motion for Summary Judgment, ECF Nos. 114 and 115, and for the reasons set forth in the Opinion issued this date, it is **ORDERED** that:

1. Defendants' Motion, ECF Nos. 114 and 115, is **GRANTED**;
2. Judgment is **ENTERED** in favor of Defendants and against Plaintiff;
3. This case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge